# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brann, Matthew W. | District Court - Middle District, Pennsylvania | 05/17/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | [✓] Nomination   Date 05/17/2012<br>[ ] Initial   [ ] Annual   [ ] Final | 01/01/2011<br>to<br>05/31/2012 |
| | 5b. [ ] Amended Report | |

**7. Chambers or Office Address**

120 Troy Street, P.O. Box 146, Canton, PA 17724

---

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

---

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Brann, Williams, Caldwell & Sheetz |
| 2. President | Matthew W. Brann, P.C. |
| 3. Member | Harewood Group, LLC |
| 4. Director | Endless Mountain Music Festival |
| 5. Member, Executive Committee | Five Rivers Council, Boy Scouts of America |
| 6. Secretary and Director | Martha Lloyd School, Inc. |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| | |
| | |
| | |

| Name of Person Reporting | Date of Report |
|---|---|
| Braun, Matthew W. | 05-17-2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Braun, Williams, Caldwell & Sheetz (through Matthew W. Braun, P.C.) salary | $98,809.00 |
| 2. | 2011 | Braun, Williams, Caldwell & Sheetz (through Matthew W. Braun, P.C.) salary | $177,070.00 |
| 3. | 2010 | Braun, Williams, Caldwell & Sheetz (through Matthew W. Braun, P.C.) salary | $193,563.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1  Exempt | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 8

Name of Person Reporting

Brann, Matthew W.

Date of Report

05-12-2012

# VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Harewood Group, LLC | D | Distribution | L | U | Exempt | | | | |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. - Charles Schwab & Co. Inc. Money Market Account | B | Int, Div. | M | T | | | | | |
| 4. - Alpine Total Dynamic Dividend Fund | A | Dividend | J | T | | | | | |
| 5. - Altria Group, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 6. - Annaly Capital Management Common Stock | D | Dividend | K | T | | | | | |
| 7. - Duke Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 8. - Ferrellgas Partners, LP Common Stock | C | Distribution | K | T | | | | | |
| 9. - First Trust Energy Income and Growth Fund | B | Dividend | L | T | | | | | |
| 10. - Frontier Communications Common Stock | A | Dividend | J | T | | | | | |
| 11. - Pimco Income Strategy Fund II | A | Dividend | J | T | | | | | |
| 12. - Spectra Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 13. - Tupperware Brands Corp. Common Stock | A | Dividend | J | T | | | | | |
| 14. - Verizon Communications, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 15. -Wells Fargo & Co. Common Stock | A | Dividend | J | T | | | | | |
| 16. Illinois Tool Works, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 17. Delaware Foundation Moderate Allocation Fund A | B | Dividend | L | T | | | | | |

1 Income Gain Codes: A = $1,000 or less ; B = $1,001 - $2,500 ; C = $2,501 - $5,000 ; D = $5,001 - $15,000 ; E = $15,001 - $50,000
(See Columns B1 and D4)   F = $50,001 - $100,000 ; G = $100,001 - $1,000,000 ; H1 = $1,000,001 - $5,000,000 ; H2 = More than $5,000,000
2 Value Codes: J = $15,000 or less ; K = $15,001 - $50,000 ; L = $50,001 - $100,000 ; M = $100,001 - $250,000
(See Columns C1 and D3)   N = $250,001 - $500,000 ; O = $500,001 - $1,000,000 ; P1 = $1,000,001 - $5,000,000 ; P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000 ; P4 = More than $50,000,000
3 Value Method Codes: Q = Appraisal ; R = Cost (Real Estate Only) ; S = Assessment ; T = Cash Market
(See Column C2)   U = Book Value ; V = Other ; W = Estimated

# VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Gabelli Asset Fund | A | Dividend | L | T | | | | | |
| 19. Neuberger Berman Guardian Fund | A | Dividend | K | T | | | | | |
| 20. Wells Fargo Advantage Ultra Short-term Muni. Inc. Fund | A | Dividend | J | T | | | | | |
| 21. Keough Plan *] | | | | | | | | | |
| 22. - FIA Card Services, N.A. RASP | A | Interest | J | T | | | | | |
| 23. - iShares Russell 1000 Index Fund | A | Interest | K | T | | | | | |
| 24. - iShares Russell Midcap Index Fund | A | Interest | J | T | | | | | |
| 25. - iShares Russell 2000 Value Index Fund | A | Interest | J | T | | | | | |
| 26. - iShares Dow Jones US Energy Sector Index Fund | A | Interest | J | T | | | | | |
| 27. - iShares MSCI EAFE Index Fund | A | Interest | J | T | | | | | |
| 28. - iShares Trust Dow Jones Select Dividend Index Fund | A | Interest | J | T | | | | | |
| 29. - SPDR S & P 500 ETF Trust | A | Interest | J | T | | | | | |
| 30. - Merrill Lynch Money Market Account | A | Interest | J | T | | | | | |
| 31. Hartford Capital Appreciation Fund Class A | | None | K | T | | | | | |
| 32. Charles Schwab & Co., Inc. Money Market Account | A | Interest | K | T | | | | | |
| 33. American Funds The Investment Co. of America A (IRA) | A | Dividend | K | T | | | | | |
| 34. 529A *] | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4) A =$1,000 or less, B =$1,001 - $2,500, C =$2,501 - $5,000, D =$5,001 - $15,000, E =$15,001 - $50,000, F =$50,001 - $100,000, G =$100,001 - $1,000,000, H1 =$1,000,001 - $5,000,000, H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J =$15,000 or less, K =$15,001 - $50,000, L =$50,001 - $100,000, M =$100,001 - $250,000, N =$250,001 - $500,000, O =$500,001 - $1,000,000, P1 =$1,000,001 - $5,000,000, P2 =$5,000,001 - $25,000,000, P3 =$25,000,001 - $50,000,000, P4 =More than $50,000,000

3. Value Method Codes: (See Column C2) Q =Appraisal, R =Cost (Real Estate Only), S =Assessment, T =Cash Market, U =Book Value, V =Other, W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brann, Matthew W. | 05 15 2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm-dd-yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35 - American Funds The Investment Co. of America | A | Dividend | L | T | | | | | |
| 36 - American Funds The Growth Fund of America | A | Dividend | K | T | | | | | |
| 37 529A #2 | | | | | | | | | |
| 38 - American Funds The Investment Co. of America | A | Dividend | K | T | | | | | |
| 39 Chemung Canal Trust Co. Accounts | A | Interest | J | T | | | | | |
| 40 Perdido Housing Corp. Florida bond | A | Interest | J | T | | | | | |
| 41 Matthew W. Brann, P.C. | F | Distribution | L | W | | | | | |

1 Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4)  F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2 Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3)  N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
  P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3 Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2)  U = Book Value; V = Other; W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 7 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 868 | 342 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 102 | 923 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | 15 | 000 | Real estate mortgages payable – personal residence | | 91 | 538 |
| Real estate owned – see schedule | | 370 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 31 | 500 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| . | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 91 | 538 |
| | | | | Net Worth | 1 | 303 | 227 |
| Total Assets | 1 | 394 | 765 | Total liabilities and net worth | 1 | 394 | 765 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |